In re LIGHT.

(Circuit Court of Appeals, Second Circuit.  November 22, 1909.)

No. 160.

Petition to Review Order of the District Court of the United States for the Southern District of New York.

In the matter of Benjamin Light, bankrupt.  On petition to review order of the District Court.  Petition dismissed.

R. P. Levis, for the motion.

J. O. Weinberg, opposed.

Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM.  The motion to dismiss petition to review, because same was not filed within 10 days after entry of the order sought to be reviewed, is granted.  See our opinion in the Matter of Brown (October 12, 1909) 174 Fed. 339.

———

CASEIN CO. of AMERICA v. A. M. COLLINS MFG. CO.

(Circuit Court of Appeals, Third Circuit.  November 29, 1909.)

No. 25.

1. PATENTS (§ 328*)—PRIOR PUBLIC USE—ENAMELING COMPOUND FOR PAPER.
The Hall patent, No. 626,537, for an enameling compound for sizing paper, and method of producing the same, is void for prior public use of the enamel for more than two years before the application.

[Ed. Note.—For other cases, see Patents, Dec. Dig. § 328.*

Priority and continuance of public use of invention as affecting patentability, see note to Eastman v. City of New York, 69 C. C. A. 646.]

2. PATENTS (§ 328*)—REISSUE—ENAMELING COMPOUND FOR PAPER.
The Hall reissue patent, No. 11,811 (original No. 609,200), for a waterproofing compound for sizing paper, is void, as broadening the patent to cover an original ingredient of the compound which was disclaimed in the original.

[Ed. Note.—For other cases, see Patents, Dec. Dig. § 328.*]

Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania.

Suit in equity by the Casein Company of America against the A. M. Collins Manufacturing Company.  Decree for defendant (172 Fed. 237), and complainant appeals.  Affirmed.

Edmund Wetmore, for appellant.

Horace Pettit, for appellee.

Before GRAY, BUFFINGTON, and LANNING, Circuit Judges.

BUFFINGTON, Circuit Judge.  In the court below the appellant, the Casein Company, charged the A. M. Collins Manufacturing Company, the appellee, with infringement of two patents.  One of them, No. 626,537, known herein as the "free acid patent," issued June 6, 1899, to William A. Hall, was for an enameling compound and a method of producing the same.  The other, reissue No. 11,811, of No.